IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEAN KASHIKOV,<br><br>                Plaintiff,<br><br>    vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>                Defendants. | No. 3:25-cv-0081-HRH |

O R D E R

Plaintiff's Emergency Motion for Temporary
Restraining Order and Preliminary Injunction[1]

**WHEREAS,** on April 25, 2025, the U.S. Department of Homeland Security (DHS) announced that it was developing a process to provide a framework for SEVIS terminations and that until such policy is active, the SEVIS records of previously revoked F-1 students in pending litigation will be re-activated;

**WHEREAS,** the Defendants have confirmed that they are working with DHS to have Plaintiff's F-1 status restored in SEVIS as expeditiously as possible, but it has yet to be restored;

---

[1]Docket No. 2.

ORDER – Plaintiff's Emergency Motion for Temporary
Restraining Order and Preliminary Injunction     - 1 -

**WHEREAS,** Defendants do not oppose Plaintiff's Emergency Motion for a Temporary Restraining Order;

**WHEREAS,** Defendants attest that under this Temporary Restraining Order Plaintiff's SEVIS records shall be considered re-activated and Defendant will not modify the record nor take any action against Plaintiff based on his current SEVIS record;

**WHEREAS,** Defendants maintain the authority even under this Temporary Restraining Order to terminate Plaintiff's SEVIS record for the reasons, such as those proscribed by 8 CFR 214.1 (d-g); it is hereby

**ORDERED** that Plaintiff's Emergency Motion for Temporary Restraining Order is **GRANTED for 14 days**.

**ORDERED** that based upon the equities of this case and the public interest, the court exercises its discretion not to require plaintiff to post a bond pursuant to Rule 65(c), Federal Rules of Civil Procedure, in connection with the injunctive relief granted by this order.

**ORDERED** that a status hearing on the continued need for the Temporary Restraining Order is scheduled for 10:00 a.m. ADST, on May 8, 2025.

DATED at Anchorage, Alaska, this  25th  day of April, 2025, at 3:18 p.m., Alaska Daylight Time.

/s/   H. Russel Holland
United States District Judge