IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEAN KASHIKOV,<br><br>                      Plaintiff,<br><br>     vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>                      Defendants. | No. 3:25-cv-0081-HRH |

O R D E R

Extension of TRO; Motion for Briefing Schedule

An emergency temporary restraining order was entered with defendants' consent on April 25, 2025.

With plaintiff's motion for temporary restraining order, a preliminary injunction was sought.[1] Defendants have not yet responded to plaintiff's motion for preliminary injunction. Subsequent to the entry of the court's temporary restraining order, on April 26, 2025, defendant ICE issued a new policy governing the termination of plaintiff's SEVIS

---

[1]Docket No. 2.

ORDER – Extension of TRO; Motion for Briefing Schedule     - 1 -

status.[2]  The posture of the motion for preliminary injunction (presently unopposed) and the new SEVIS policy constitute good cause for an extension of the court's TRO.

The TRO is hereby extended for **14 days**, that is until **May 23, 2025**.

Plaintiff's motion to proceed with preliminary injunction briefing[3] is granted.

Briefing and further proceedings on plaintiff's motion for preliminary injunction are scheduled as follows:

(1) Defendants' opposition to plaintiff's motion for preliminary injunction shall be served and filed on or before **noon** on **Wednesday, May 14, 2025**.

(2) Plaintiff's reply in support of his motion for preliminary injunction shall be served and filed on or before **noon** on **Monday, May 19, 2025**. Plaintiff shall serve and file with his reply memorandum a proposed preliminary injunction.

(3) Plaintiff has requested an evidentiary hearing pursuant to Local Rule 7.1(g); that hearing is now scheduled for **9:00 a.m.** on **Tuesday, May 20, 2025**. The parties shall coordinate their scheduling of witnesses to the end that the hearing will be completed in not to exceed three hours.

(4) Oral argument on plaintiff's motion for preliminary injunction will be heard after the conclusion of the evidentiary hearing, at **1:00 p.m.** on **Tuesday, May 20, 2025**.

---

[2]Docket No. 13-1 at 9-10.

[3]Docket No. 13.

(5) The court will rule on plaintiff's motion for preliminary injunction by the close of business on **Tuesday, May 23, 2025**.

DATED at Anchorage, Alaska, this  8th  day of May, 2025, at 11:35 a.m., Alaska Daylight Time.

/s/  H. Russel Holland
United States District Judge