IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEAN KASHIKOV,<br><br>        Plaintiff,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of The U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. The Immigration and Customs Enforcement,<br><br>        Defendants. | Case No. 3:25-cv-00081-HRH |

**PROPOSED ORDER TO STIPULATION**

Upon consideration of the parties' Stipulation and good cause appearing therein, the Court this \_\_\_ day of May 2025, hereby ORDERS that this case is DISMISSED from the docket with prejudice.

IT IS SO ORDERED.

    Dated_____.

_____
Honorable H. Russel Holland
Senior United States District Judge