IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JEAN KASHIKOV | v. | KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security, et al. |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:25-cv-0081-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

Plaintiff's unopposed motion,[1] filed July 18, 2025, to extend the deadline to reply in support of her motion for attorney fees under the EAJA is granted.

Plaintiff's reply is now due **July 30, 2025**.

---

[1] Docket No. 30.

Order from Chambers – Extension of Time                                                                                           - 1 -