

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEAN KASHIKOV,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security and TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>    Defendants - Appellants. | No. 25-6381<br><br>D.C. No. 3:25-cv-00081-HRH<br>District of Alaska,<br>Anchorage<br><br>ORDER |

The motion (Docket Entry No. 12) for an extension of time to file the opening brief is granted.

The opening brief is due April 2, 2026. The answering brief is due May 4, 2026. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT